IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE M. QUINONES, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 15-6889 |
| TAMMY FERGUSON, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _22nd_ day of May, 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1), the Response to the Petition for Writ of Habeas Corpus (Doc. 17), the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Doc. 19), and Petitioner's Objections to the Report and Recommendation (Doc. 20), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**